UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEOFFREY SCHNEIDER,

                  **Plaintiff,**

       v.                                      Civil No.3:14-cv-00892-AA

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                  **Defendant.**

## JUDGMENT

Pursuant to the ORDER signed on May 27, 2015, this action is remanded for further administrative proceedings consistent with that ORDER.

Dated this __18__ day of August 2015.

_____
Ann Aiken
United States District Judge

JUDGMENT